FILED

SEP 28 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>IRIS MIRAMONTES-RUVALCABA (1),<br><br>　　　　　　　Defendant. | Case No. 15CR1798-H<br><br>Booking No. 50217-298<br><br>JUDGMENT AND<br>ORDER OF DISMISSAL |

　　　Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Iris Miramontes-Ruvalcaba. The defendant is hereby discharged as to this case only.

　　　IT IS SO ORDERED AND ADJUDGED.

Dated: 9/28/15

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE